```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT


------------------------------- x
OSAMA ELFEKI,                   :
                                :
          Plaintiff,            :
                                :
v.                              :
                                :  Civil No. 3:25-cv-1174 (AWT)
JASON BEDNARZ and STANLEY AND   :
SONS, LLC,                      :
                                :
          Defendants.           :
                                :
                                :
------------------------------- x
```

## ORDER DIRECTING THE PLAINTIFF
## TO SERVE THE COMPLAINT AND FILE PROOF OF SERVICE

"If a defendant is not served within 90 days after the complaint is filed, the court--on motion or on its own after notice to the plaintiff--must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m). "But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period." Id.

The complaint in this case was filed on July 22, 2025. The plaintiff paid the filing fee on September 9, 2025.

Therefore, the court orders that the plaintiff serve each defendant in this case by no later than **December 9, 2025** and file a proof of service with respect to each defendant no later

than **December 16, 2025.**

The plaintiff must demonstrate good cause if he seeks an extension of either of these deadlines.

It is so ordered.

Dated this 10th day of November 2025, at Hartford, Connecticut.

                                                 /s/AWT
                                        Alvin W. Thompson
                            United States District Judge